# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANA HUDSON D.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KATHERINE L. ARCHUELETA,<br>Director, Office of Personnel Management,<br><br>　　　　Defendants.<br>_____/ | Case No. 1:14-CV-01855-LJO-SKO<br><br>**ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS**<br><br>(Doc. 3) |

　　　　Plaintiff Dana Hudson D. ("Plaintiff") filed a complaint on November 24, 2014, along with an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  Plaintiff's application demonstrates entitlement to proceed without prepayment of fees.

　　　　Accordingly, IT IS HEREBY ORDERED that Plaintiff's application to proceed *in forma pauperis* is GRANTED.

IT IS SO ORDERED.

　　　Dated:   **December 1, 2014**　　　　　　　　**/s/ Sheila K. Oberto**
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE