# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANA HUDSON D., | Case No. 1:14-CV-01855-LJO-SKO |
| Plaintiff, | **ORDER DENYING AS MOOT PLAINTIFF'S JANUARY 20, 2015, MOTION TO PROCEED IN FORMA PAUPERIS** |
| v. | |
| KATHERINE L. ARCHUELETA, Director, Office of Personnel Management, | (Doc. 7) |
| Defendants. | |

Plaintiff motioned the Court to proceed *in forma pauperis* for a second time on January 20, 2015. (Doc. 7.) Plaintiff's first motion, filed on November 25, 2014 (Doc. 3), was granted on December 1, 2014 (Doc. 4.) Plaintiff new motion to proceed *in forma pauperis* is therefore DENIED as moot.

IT IS SO ORDERED.

Dated:   **February 4, 2015**              **/s/ Sheila K. Oberto**
                                           UNITED STATES MAGISTRATE JUDGE