# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANA HUDSON D., | Case No. 1:14-CV-01855-LJO-SKO |
| Plaintiff, | **ORDER DENYING AS MOOT PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS** |
| v. | |
| KATHERINE L. ARCHUELETA, Director, Office of Personnel Management, | (Doc. 11) |
| Defendants. | |

On March 5, 2015, Plaintiff filed a third application to proceed *in forma pauperis*. (Doc. 11.) Plaintiff's request to proceed *in forma pauperis* ("IFP") was granted on December 1, 2014. (Doc. 4.) Plaintiff filed another application to proceed IFP on January 20, 2015, which was denied as moot. (Docs. 7, 8.) Plaintiff is informed that she *is* proceeding IFP, there is no need to file any additional requests to proceed IFP, and any future requests to proceed IFP will be summarily stricken from the record.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's March 5, 2015, request to proceed IFP is DENIED AS MOOT.

IT IS SO ORDERED.

Dated: __**March 6, 2015**__                                         __/s/ Sheila K. Oberto__
                                                                                  UNITED STATES MAGISTRATE JUDGE